# EXHIBIT #1

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

HOUSING COURT DEPARTMENT
EASTERN DIVISION
CASE NO. 19-CV-000374

| | |
|---|---|
| CITY OF BOSTON INSPECTION. SERVICES DEPARTMENT,<br>Plaintiffs,<br><br>v.<br><br>CATHERINE LEE, as<br>Trustee of the FUN SEN LEE TRUST,<br>and Esther Zee Lee,<br>as Trustee LEE FAMILY TRUST<br>Defendants. | **NOTICE OF FILING OF REMOVAL** |

**PLEASE TAKE NOTICE THAT** on October 1, 2020, Defendant(s), Catherine Lee, as Trustee of the Fun Sen Lee Trust and Esther Zee Lee, as Trustee of the Lee Family Trust, in the above-captioned action removed this action to the United States District Court for the District of Massachusetts, by filing a Notice of Removal in that Court. A copy of the Notice of Removal is attached as Exhibit 1. Accordingly, and pursuant to 28 U.S.C. § 1446(d), this Court may proceed no further on all matters, including any actions by the Receiver, unless and until the case is remanded.

Respectfully submitted
On behalf of the Defendants,
By their attorney,

_____
Mary K.Y. Lee, Esq. (BBO #671592)
Mary K.Y. Lee, P.C.
52 Temple Place, Fourth Floor
Boston, MA 02111
(617)426-1689
marykylee@marylee-law.com

1

Dated: October 1, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on this 1st day of October, 2020 a true and accurate copy of the above-captioned Notice was served by email, upon counsel of record for the Plaintiff, Edward Coburn, Esq. and Neil R. Janulewicz, Jr. Esq., Stuart Shrier, Esq.

_____
Mary K. Y. Lee

ISD    vs   Lee, trustee et al.

## DOCKET ENTRIES

| Date | | |
|---|---|---|
| 9.29.20 | 1st Amended Order Appointing Receiver issued, emailed to counsel + mailed to Esther Lee Lee Boydoian, AJ. jjn | |
| 9/30/20 | Notice of Appeal | |

HOUSING COURT DEPT.
EASTERN DIV
A TRUE COPY
ATTEST:

ACTING CLERK ___
DATE  9.30.2020

SUFFOLK, ss

HOUSING COURT DEPARTMENT
EASTERN DIVISION
DOCKET NO. 19/CV/00/3714

Inspectional Services Department vs Wendy Lee, Trustee of Fun Shong Lee
Hun Lung Trust

Complaint dated: _____

HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:

Michael Neville
ACTING CLERK MAGISTRATE
DATE 9.30.2020

DOCKET ENTRIES

| DATE | | |
|---|---|---|
| 7/8/20 | Zoom Status hrg 7-22-20 @ 1:30 | |
| | | 7.22 for status 8.19.20 Send Notice Bagdoian, A.J. jjn |
| 7.23.20 | Status 8.19.20 @ 9AM Notice mailed jjn | |
| | | 9.12.20 B - cc 9.26.20 for motion to appt. R Bagdoian, A.J. jjn |
| 8.19.20 | Hearing set for 10 AM - notice emailed to counsel jjn | |
| 8/26/20 | - π's motion to appoint receiver (See MassCourts for exhibits) - Δ's opposition to π's Motion (See MassCourts for exhibits) jr | 8/26/20 B - π's motion to appoint a receiver allowed. Receiver to be appointed forthwith. Bagdoian, A.J. jr |
| 9.11.20 | Order Appointing Receiver issued & mailed. jr | |
| 9/14/20 | hrg 9-29-20 @ 10am notice mailed | |
| | | 9.29.20 B+R - held TUA Bagdoian, A.J. jjn |

Suffolk, ss

HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:

HOUSING COURT DEPT.
EASTERN DIVISION
NO. 19/H84/3741

ISD vs Lee et al.

*[signature]* Neville
ACTING CLERK MAGISTRATE
DATE 9·30·2020

| Date | | |
|---|---|---|
| 10-4-19 | Notice mailed Ⓟ | 10/4/19 B- CC 11/1/19 @ 9am CtRm 12. Send Notice. Bagdoian, A.J./JB |
| 11-1-19 | Notice mailed Ⓟ | 11/1/19 B- CC 12/6/19 Send notice. Bagdoian, A.J./JB |
| 12-6-19 | Notice mailed Ⓟ | 12/6/19 B- CC 1/14/20 @ 9am Courtroom 12. Send Notice. Bagdoian, A.J./JB |
| 1-15-20 | Notice mailed Ⓟ | 1/14/20 B- CC 2/14/20 @ 9am CtRm 12 Send notice Bagdoian, A.J./JB |
| 2-10-20 | CC 2·21·20 @ 9(W) CT 12 Notice mailed Parties notified telephonically Ⓟ | |
| 2-25-20 | Notice mailed Ⓟ | 2/21/20 B- CC 3/6/2020 @9am CtRm 12. Send Notice. Bagdoian, A.J./JB |
| 3-6-20 | Notice mailed Ⓟ | 3·6·20 B-CC 3·27·20 Send Notice Bagdoian, A.J./jm |
| 3-18-20 | CC due to Covid-19 Parties notified Ⓟ | |

SUFFOLK, SS

HOUSING COURT DEPARTMENT
EASTERN DIVISION
DOCKET NO. 19 CV 13714

Inspectional Services Dept vs. Huey Lee & Wendy Lee Trustees Fun Sin Lee Tr.

Complaint dated: _____   Entry Fee: _____

## DOCKET ENTRIES

| DATE | | Order of Notice Issued-Returnable |
|---|---|---|
| 6.7.19 | Civil Complaint | 6/14/19 @ 9:00 CT 12 Track 9 Order A issued P |
| 6.25.19 | Amended Complaint filed ORNO for 7-2-19 | 6.24.19 P only - O/N to issue ret. 7.2.19 Bagdoian, A.J. jjn |
| | | 7/2/19 B - cc 7/23/19 @ 9AM Ct Rm #12 Send notice ab |
| | | Agreement filed & signed by Judge Bagdoian. |
| 7.2.19 | Notice sent. | |
| | | 7.23.19 P (trustee appeared w/out counsel) - cc 8.20.19 Send Notice Bagdoian, A.J. jjn |
| 7.23.19 | Notice mailed P | |
| 8.20.19 | Notice mailed P | 8.20.19 B - cc 9.20.19 Send Notice Bagdoian |
| | | 9.20.19 B - cc 10.4.19 Send Notice Bagdoian, A.J. jjn |

HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:
Michael Neville
ACTING CLERK MAGISTRATE
DATE 9.30.2020

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

HOUSING COURT DEPARTMENT
EASTERN DIVISION
CASE NO. 19-CV-000____

CITY OF BOSTON INSPECTIONAL )
SERVICES DEPARTMENT, )
    Plaintiff, )
)
    v. )
HUEY LEE and WENDY LEE, as )
Trustees of the FUN SEN LEE TRUST )
    Defendants. )
)

**HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:**

Michael Neville
ACTING CLERK MAGISTRATE
DATE 9.30.2020

## PLAINTIFF'S VERIFIED COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION

Plaintiff City of Boston Inspectional Services Department seeks injunctive relief to require the Defendants to correct the Emergency Building Code Violation at 31-33 Edinboro Street, Boston, Massachusetts (the "Property"). The inspector reports that the building at the Property is an unsafe structure.

### THE PARTIES

1. Plaintiff Inspectional Services Department is an agency of the City of Boston, a duly organized and existing municipal corporation under the laws of the Commonwealth of Massachusetts, charged with enforcement of the State Building Code (780 CMR *et seq.*, pursuant to M.G.L. c. 143, §1 *et seq.*).

2. Upon information and belief, Wendy Lee and Huey Lee are individuals with an address of 85 Valentine Street, West Newton, MA 02465. Mr. Lee and Ms. Lee are the trustees of the Fun Sen Lee Trust (the "Trust"). As trustee of the Trust, Mr. Lee and Ms. Lee hold legal title to and control the Property. True and accurate copies of the Deed, which is duly recorded at the Suffolk County Registry of Deeds at Book 14558, Page 011, and the Declaration of Trust,

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.
HOUSING COURT DEPARTMENT
EASTERN DIVISION
CASE NO. 19-CV-000374

CITY OF BOSTON INSPECTIONAL )
SERVICES DEPARTMENT, )
Plaintiff, )
)
v. )
)
CATHERINE LEE, as )
Trustee of the FUN SEN LEE TRUST )
Defendant. )
)

HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:

*Michael Neville*
ACTING CLERK MAGISTRATE
DATE 9-30-2020

## PLAINTIFF'S FIRST AMENDED VERIFIED COMPLAINT FOR PRELIMINARY AND PERMANENT INJUNCTION

Pursuant to Mass. R. Civ. P. 15(a), Plaintiff City of Boston Inspectional Services Department ("ISD") hereby files this amended pleading as a matter of course before a responsive pleading has been fied. ISD seeks injunctive relief to require the Defendant to correct the Building Code Violations and Fire Code Violations at 31-33 Edinboro Street, Boston, Massachusetts (the "Property").

### THE PARTIES

1. Plaintiff Inspectional Services Department is an agency of the City of Boston, a duly organized and existing municipal corporation under the laws of the Commonwealth of Massachusetts, charged with enforcement of the State Building Code (780 CMR *et seq.*, pursuant to M.G.L. c. 143, §1 *et seq.*).

2. Upon information and belief, Catherine Lee is an individual with an address of 85 Valentine Street, West Newton, MA 02465. Catherine Lee is the trustee of the Fun Sen Lee Trust (the "Trust"). A true and accurate copy of the Beneficiary Direction appointing Catherine

Commonwealth of Massachusetts

HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:

SUFFOLK, SS:

MARYLOU MUIRHEAD
FIRST JUSTICE

ROBERT LEWIS
CLERK MAGISTRATE

*Michael Neville*
ACTING CLERK MAGISTRATE
DATE 9·30·2020

HOUSING COURT DEPARTMENT
EASTERN DIVISION

|_|_|_|_|_|
19 CV 000 374

ISD _____ PLAINTIFF(S)

Vs.

Catherine Lee, Trustee of the Fun Sen Lee Trust DEFENDANT(S)

AGREEMENT:

IT IS HEREBY AGREED BETWEEN THE ABOVE NAMED PARTIES THE FOLLOWING:

Defendant is trustee of the trust that owns 29-33 Edinboro Street in Boston (the "Property"). The Defendant agrees and acknowledges that the property is subject to all violations of the Building Code and Fire Code that are attached as Exhibits to the Plaintiff's First Amended Verified Complaint. The Defendant shall retain a structural engineer to provide a report forthwith certifying that the building is structurally safe and/or recommending necessary repairs to make the building safe. The Defendant also shall retain a contractor to board the Property and shall board the Property in compliance with the Building Code forthwith.

THE ABOVE STIPULATION IS AN AGREEMENT WHICH PLACES THE PARTIES UNDER THE RESTRAINT OF A DIRECT ORDER OF THE COURT, THAT THEY DO OR REFRAIN FROM DOING THE PARTICULAR ACTS STATED HEREIN. ANY VIOLATION OF THIS AGREEMENT CAN RESULT IN CONTEMPT, AS THE DOCUMENT IN QUESTION IS INTENDED TO OPERATE AS AN INJUNCTION.

SO ORDERED:
~~FIRST JUSTICE MARYLOU MUIRHEAD~~

_/s/_ PLAINTIFF

ASSOCIATE JUSTICE _/s/_ 7/2/2019

DATE: _____

PREPARED BY: _____

PLAINTIFF

_/s/ Catherine Lee_
DEFENDANT

Catherine Lee
DEFENDANT

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

HOUSING COURT DEPARTMENT
EASTERN DIVISION
CASE NO. 19-CV-000374

CITY OF BOSTON INSPECTION. )
SERVICES DEPARTMENT, )
    Plaintiffs, )
 )
v. )
 )
CATHERINE LEE, as )
Trustee of the FUN SEN LEE TRUST )
    Defendant. )
 )

**HOUSING COURT DEPT.**
**EASTERN DIV.**
**A TRUE COPY**
**ATTEST:**

*Michael Neville*
**ACTING CLERK MAGISTRATE**
**DATE** 9·30·2020

## DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR THE APPOINTMENT OF A RECEIVER AND MEMORANDUM OF LAW INCORPORATED HEREIN

Catherine Lee, as Trustee of the Fun Sen Lee Trust ("Defendant") hereby moves this Court to deny Plaintiff's Motion For The Appointment of a Receiver or in the Alternative Dismiss Plaintiff's Action under M.R.C.P. 12(b)(6). As grounds therefor, the Defendant states as follows:

1. The property, 29-33 Edinboro Street (herein after "Premises"), Boston, MA 02111, is a vacant building. It was not occupied at the time of the alleged violation and it is currently not occupied by anyone. Plaintiff's Motion For the Appointment of a Receiver Pursuant to M.G. L. c. 111, Section 127I is inappropriate because M.G.L.c. 11, Section 127I specifically stated "Whenever a petitioner shows that violations of the sanitary code will not be promptly remedied unless a receiver is appointed and the court determines that such appointment is in the best interest of **occupants** residing in the property, the court shall appoint a receiver of

1

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

HOUSING COURT DEPARTMENT
EASTERN DIVISION
CASE NO. 19-CV-000374

CITY OF BOSTON INSPECTIONAL )
SERVICES DEPARTMENT, )
Plaintiff, )
)
v. )
)
CATHERINE LEE, as )
Trustee of the FUN SEN LEE TRUST )
Defendant. )
)

HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:

*Michael Noville*
ACTING CLERK MAGISTRATE
DATE 9·30·2020

### PLAINTIFF'S MOTION FOR THE APPOINTMENT OF A RECEIVER

Plaintiff Inspectional Services Department submits this Motion for the Appointment of a Receiver for the immediate correction of the longstanding code violations at 29-33 Edinboro Street, Boston, MA (the "Property"). The Property owned and controlled by the Defendant has code violations that pose a serious risk to the health, safety and well-being of any occupants, abutters, and residents of the community that the Defendant is unable and/or unwilling to correct. The Defendant has repeatedly demonstrated that she is unwilling or unable to correct the code violations throughout the Court proceedings. The Defendant has been provided a year to correct the violations, but has failed to even submit all of the required documents for a permit application for the repairs.

### THE PARTIES

1. Plaintiff Inspectional Services Department is an agency of the City of Boston, a duly organized and existing municipal corporation under the laws of the Commonwealth of

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

HOUSING COURT DEPARTMENT
EASTERN DIVISION
CASE NO. 19-CV-000374

HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:

Michael Neville
ACTING CLERK MAGISTRATE
DATE 9.30.2020

CITY OF BOSTON INSPECTIONAL SERVICES DEPARTMENT,
Plaintiff,

v.

CATHERINE LEE, as Trustee of the FUN SEN LEE TRUST
Defendant.

## PLAINTIFF'S MOTION FOR THE APPOINTMENT OF A RECEIVER

Plaintiff Inspectional Services Department submits this Motion for the Appointment of a Receiver for the immediate correction of the longstanding code violations at 29-33 Edinboro Street, Boston, MA (the "Property"). The Property owned and controlled by the Defendant has code violations that pose a serious risk to the health, safety and well-being of any occupants, abutters, and residents of the community that the Defendant is unable and/or unwilling to correct. The Defendant has repeatedly demonstrated that she is unwilling or unable to correct the code violations throughout the Court proceedings. The Defendant has been provided a year to correct the violations, but has failed to even submit all of the required documents for a permit application for the repairs.

### THE PARTIES

1. Plaintiff Inspectional Services Department is an agency of the City of Boston, a duly organized and existing municipal corporation under the laws of the Commonwealth of

ALLOWED. Since the date this case was commenced in June of 2019, the defendant has been granted repeated opportunities to correct code violations which, in this Court's view, pose a serious threat to the health and safety of the occupants of adjacent buildings and the densely populated area where the subject property is located. The defendant has failed to correct the violations despite the chances provided by this Court. Equity demands that these violations be corrected in a timely manner. A receiver will accomplish this. Thus, the Clerk's Office shall identify a receiver for immediate appointment.

[signature], J. 9/30/2020

HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:

*Michael Neville*
ACTING CLERK MAGISTRATE
DATE 9.30.2020

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

COURT DEPARTMENT
EASTERN DIVISION
SUMMARY PROCESS
20-CV-374

INSPECTIONAL SERVICES DEPARTMENT

vs.

CATHERINE LEE, AS TRUSTEE OF THE FUN SEN LEE TRUST

## ORDER APPOINTING RECEIVER

Pursuant to G.L. c. 111, §27I and the general equity powers of this Court, having found that there was a history of numerous and longstanding violations of the State Sanitary Code which would not be promptly corrected unless a receiver were appointed, the Court herein appoints:

> Stuart T. Schrier, Esq.
> Schrier & Associates, P.C.
> 1005 Dorchester Avenue
> Boston, MA 02125

to serve as Receiver in the above-captioned action, for the property at 31-33 Edinboro Street, Boston, MA 02111.

SO ORDERED.

*Irene Bagdoian*
Irene Bagdoian
ASSOCIATE JUSTICE

Date: September 11, 2020

cc: Edward Coburn, Esq.
    Catherine Lee

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss:
HOUSING COURT DEPARTMENT
EASTERN DIVISION
DOCKET 19H84CV000374

INSPECTIONAL SERVICES )
DEPARTMENT OF THE )
CITY OF BOSTON, )
        Plaintiff )
)
v. )
)
CATHERINE LEE, AS TRUSTEE )
OF THE FUN SEN LEE TRUST, )
        Defendant )
)

HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:

*Michael Neville*
ACTING CLERK MAGISTRATE
DATE 9.30.2020

## RECEIVER'S MOTION TO ADD

## ESTHER ZEE LEE, TRUSTEE

## OF THE LEE FAMILY TRUST

NOW COMES the RECEIVER and moves to add Esther Zee Lee, Trustee of the Lee Family Trust of 85 Valentine Street, Newton, Massachusetts 02465. As grounds for this Motion the Receiver gives the following reasons.

1) The complaint was filed on June 14, 2019.

2) The complaint related to a property at 31-33 Edinboro Street, Boston, MA 02111

3) On September 1, 2020 I received a call from Clerk Smith asking if I was available to become the Receiver of this property. I informed her that I was.

4) Subsequent to the call from Clerk Smith I began a title search to determine the extent of any liens on the property.

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss:

HOUSING COURT DEPARTMENT
EASTERN DIVISION
DOCKET 19H84CV000374

)
CITY OF BOSTON )
INSPECTIONAL SERVICES )
DEPARTMENT, )
         Plaintiff )
)
v. )
)
CATHERINE LEE, as Trustee )
of the FUN SEN LEE TRUST, and )
ESTHER ZEE LEE, as Trustee )
LEE FAMILY TRUST )
         Defendant )
)
)

HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:

*Michael Neville*
ACTING CLERK MAGISTRATE
DATE 9.30.2020

## FIRST AMENDED ORDER APPOINTING RECEIVER

**1. Introduction**

This matter was before the Court on August 26, 2020, for a hearing on the "Plaintiff's Motion for the Appointment of a Receiver" for 31-33 Edinboro Street, Boston, Massachusetts 02111 (the "Property"). After considering the testimony, documents, photographs and evidence submitted into the record by the Parties, this Court finds as follows:

The Defendant Catherine Lee, Trustee of the Fun Sen Lee Trust owned the Property pursuant to the deed dated July 25, 1987, duly recorded at the **Suffolk County Registry of Deeds at Book 14558, Page 011.** Numerous longstanding violations of the State Building Code exist at the Property as described in Violation No. V440108 and Violation No. V440124, which are attached as Exhibits 3 and 4 to the Plaintiff's First Amended Verified Complaint. There are also violations of the Boston Fire Prevention Code at the Property as described in

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.

HOUSING COURT DEPARTMENT
EASTERN DIVISION
CASE NO. 19-CV-000374

CITY OF BOSTON INSPECTION. )
SERVICES DEPARTMENT, )
    Plaintiffs, )
)
v. )
)
CATHERINE LEE, as )
Trustee of the FUN SEN LEE TRUST )
    Defendant. )
)

# NOTICE OF APPEAL

The defendant hereby appeals from the judgment order of this Court entered on September 29, 2020 on FIRST AMENDED ORDER APPOINTING RECEIVER(attached) in conjunction with the this Court's decision on RECEIVER'S MOTION TO ADD ESTHER ZEE LEE, TRUSTEE OF THE LEE FAMILY TRUST.

The defendant further requests that the Court provide her with a copy of the CD/tape of the proceedings in the above-captioned action.

Respectfully submitted
On behalf of the Defendant,
By her attorney,

_____
Mary K.Y. Lee, Esq. (BBO #671592)
Mary K.Y. Lee, P.C.
52 Temple Place, Fourth Floor
Boston, MA 02111
(617)426-1689
marykylee@marylee-law.com

HOUSING COURT DEPT.
EASTERN DIV.
A TRUE COPY
ATTEST:

_____
Michael Neville
ACTING CLERK MAGISTRATE
DATE  9·30·2020

1