**PENDING MOTIONS IN EASTERN HOUSING COURT THATREQUIRE THE ATTENTION OF THE FEDERAL DISTRICT COURT OF MA**

1. Defendant's Motion To Dismiss Plaintiff's First Amended Verified Complaint For Preliminary And Permanent Injunction And Memorandum of Law Incorporated Herein, supplemented with First Amended Order Appointing Receiver dated 9/29/20.

2. Defendant's Motion To Reconsider The Appointment Of A receiver Pursuant To M.R. Civil Procedure Rule 60B