## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CITY OF BOSTON INSPECTIONAL SERVICE DEPARTMENT,<br>    Plaintiff,<br><br>v.<br><br>CATHERINE LEE et al.,<br>    Defendants. | **CIVIL ACTION NO.**<br>1:20-11796-DJC |

## NOTICE OF APPEARANCE

In accordance with L.R. 83.5.2, please enter the appearance of Robert S. Arcangeli as counsel of record for Plaintiff City of Boston Inspectional Services Department.

    Respectfully submitted,

    PLAINTIFF CITY OF BOSTON
    INSPECTIONAL SERVICES DEPARTMENT,

    Eugene L. O'Flaherty
    Corporation Counsel


    */s/ Robert S. Arcangeli*
    Robert S. Arcangeli, BBO#689034
    Assistant Corporation Counsel
    City of Boston Law Department
    City Hall, Room 615
    Boston, MA 02201
    (617) 635-4044
    robert.arcangeli@boston.gov

Dated:  October 7, 2020

## **Certificate of Service**

      I hereby certify that on October 7, 2020 a true and accurate copy of the foregoing document was served upon the attorney of record for the Plaintiff through the Court's CM/ECF system and that paper copies will be sent to any parties identified as non-registered participants.

                                                    */s/ Robert S. Arcangeli*
                                                      Robert S. Arcangeli