UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CITY OF BOSTON INSPECTIONAL
SERVICES DEPARTMENT
           Plaintiff(s)

V.                                                     CIVIL ACTION NO. 20-11796-DJC

CATHERINE LEE, ET AL
           Defendant(s)

CASPER, D.J.

## ORDER OF REMAND

In accordance with the ECF Order dated November 10, 2020 granting plaintiff's motion to remand, D. 10; it is hereby ORDERED:

Case is REMANDED to Boston Housing Court Eastern Division.

                                                  Robert M. Farrell, Clerk

November 10, 2020                            By: /s/ Lisa M. Hourihan
                                                        Deputy Clerk